ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
E. MATTHEW FREEMAN
Nevada Bar No. 14198
Matt.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendants*
*Officer Eric Shipton, Officer Ivan Taylor*
*And Officer Derrick Chandler*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

***

| | |
|---|---|
| ALEX BLAXON,<br><br>       Plaintiff,<br><br>vs.<br><br>ERIC SHIPTON, IVAN TAYLOR, DERRICK CHANDLER;<br><br>       Defendants. | CASE NO. 2:23-cv-02145-RFB-BNW<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE** |

IT IS HEREBY STIPULATED and AGREED between Plaintiff ALEX BLAXON, Plaintiff in Proper Person, and Defendants ERIC SHIPTON, IVAN TAYLOR and DERRICK CHANDLER ("Defendants"), by and through their counsel, LEWIS BRISBOIS BISGAARD & SMITH LLP, that all of Plaintiff's claims and causes of action against Defendants in the above-

...

...

...

...

...

...

...

171496611.1

entitled action shall be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

DATED this _27_ day of February, 2026.

LEWIS BRISBOIS BISGAARD & SMITH

_____
ROBERT W. FREEMAN
Nevada Bar No. 3062
E. MATTHEW FREEMAN
Nevada Bar No. 14198
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendants*

DATED this _26_ day of February, 2026.

ALEX BLAXON

_____
ALEX BLAXON
Inmate No. 1267286
High Desert State Prison
P.O. Box 650
Indian Springs, Nevada 89070
*Plaintiff in Proper Person*

## ORDER

**IT IS SO ORDERED.**

Dated this __2nd__ day of __February__, 2026.

_____
**UNITED STATES DISTRICT JUDGE**

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW